UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE RIDGE AT RIVERVIEW HOMEOWNER'S ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California company,<br><br>　　　　Defendant. | NO. 2:21-cv-00950-MJP<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS** |

## STIPULATION

Plaintiff The Ridge at Riverview Homeowner's Association (the "Association") and Fireman's Fund Insurance Company ("Fireman's Fund"), by and through their respective counsel, stipulate and agree that:

1. Plaintiff seeks to amend its complaint in part to add two other insurers as defendants in this action. The claims against the other insurers involve the same joint investigation, and similar coverage issues regarding the cause(s) and timing of damage, and interpretation of property insurance policy language.

2. Plaintiff may have an additional thirty (30) days to file amended pleadings.

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR AMENDED PLEADINGS** - 1

HOUSER LAW, PLLC
1325 4th AVE., SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

3. The deadline to file amended pleadings is continued from November 8, 2021 to December 8, 2021.

DATED this 9th day of November 2021.

| HOUSER LAW, PLLC | MCNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By: /s/ Daniel S. Houser<br>Daniel S. Houser, WSBA #32327<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff The Ridge at Riverview Homeowner's Association | By: /s/ Curtis Isacke<br>Malaika M. Eaton, WSBA #32537<br>Curtis Isacke, WSBA #49303<br>Ai-Li Chiong-Martinson<br>One Union Square<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>206.467.1816<br>meaton@mcnaul.com<br>cisacke@mcnaul.com<br>achiongmartinson@mcnaul.com<br><br>Attorneys for Defendant Fireman's Fund Insurance Company |

BASED UPON THE PARTIES' STIPULATION, THE COURT HEREBY EXTENDS THE DEADLINE TO FILE AMENDED PLEADINGS FROM NOVEMBER 8 TO DECEMBER 8, 2021. PLAINTIFF MAY FILE AMENDED PLEADINGS PER THE PARTIES STIPULATION ON OR BEFORE DECEMBER 8, 2021.

IT IS SO ORDERED this 9th, day of November, 2021.

THE HONORABLE MARSHA J. PECHMAN

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE FOR
AMENDED PLEADINGS - 2

HOUSER LAW, PLLC
1325 4th AVE., SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810