Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE RIDGE AT RIVERVIEW HOMEOWNER'S ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California company,<br><br>　　　　Defendant. | NO. 2:21-cv-00950-MJP<br><br>STIPULATED MOTION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

**STIPULATED MOTION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** - 1

HOUSER LAW, PLLC
1325 4th AVE., SUITE 1650
SEATTLE, WA 98101
PHONE 206.962.5810

## STIPULATION

All parties to this action by and through their respective counsel, stipulate and agree as follows:

1. Plaintiff may file its First Amended Complaint attached hereto as **Exhibit A**;

2. The deadline to file amended pleadings has already been extended in this case from November 8, 2021 to December 8, 2021 [Doc. No. 11].

3. Defendant Fireman's Fund Insurance Company reserves all rights with respect to the substance of the First Amended Complaint and the impact the new party and the new and additional allegations may have on the case schedule.

Accordingly, the parties respectfully request that the Court grant this stipulated motion.

DATED:  November 19, 2021

| HOUSER LAW, PLLC | MCNAUL EBEL NAWROT & HELGREN PLLC |
|---|---|
| By:  /s/ Daniel S. Houser<br>Daniel S. Houser, WSBA #32327<br>1325 4th Ave., Suite 1650<br>Seattle, WA 98101<br>dan@dhouserlaw.com<br><br>Attorneys for Plaintiff The Ridge at Riverview Homeowner's Association | By:  /s/ Curtis Isacke<br>Malaika M. Eaton, WSBA #32537<br>Curtis Isacke, WSBA #49303<br>Ai-Li Chiong-Martinson<br>One Union Square<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>206.467.1816<br>meaton@mcnaul.com<br>cisacke@mcnaul.com<br>achiongmartinson@mcnaul.com<br><br>Attorneys for Defendant Fireman's Fund Insurance Company |

BASED UPON THE AGREEMENT BETWEEN THE PARTIES, THE COURT HEREBY GRANTS THE STIPULATED MOTION TO ALLOW PLAINTIFF TO FILE ITS FIRST AMENDED COMPLAINT.

IT IS SO ORDERED this 22nd, day of November 2021.

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE