UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE RIDGE AT RIVERVIEW HOMEOWNER'S ASSOCIATION,<br><br>                    Plaintiff,<br>    v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>                    Defendants. | CASE NO. 21-CV-00950-LK<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion to Continue Trial and Pretrial Dates, which seeks to continue trial by five months and extend pretrial deadlines by five to six months. *See* Dkt. No. 21 at 2.

The parties contend that their proposed schedule modification will "allow Country Casualty sufficient time to prepare its defense and work with its experts," and that it "accommodate[s] the trial schedules of all counsel[.]" *Id.* at 1. This bare-bones assertion does not provide the "good cause" necessary to justify such a lengthy extension of the trial date and pretrial

ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 1

deadlines. *See* Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6).[1] The Court therefore DENIES the parties' motion without prejudice.

Dated this 29th day of April, 2022.

Lauren King
United States District Judge

---

[1] The parties' motion includes a request to extend the deadlines for expert witness reports and discovery motions, which had already passed by the time the motion was filed. Dkt. No. 21 at 2. To extend deadlines after they have passed, parties generally must demonstrate excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

ORDER DENYING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 2